IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DONALD R. GREGER,

        Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

**8:18CV577**

**ORDER**

After conferring with counsel for the parties,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 8:30 a.m. on **January 24, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 3, 2022** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on December 27, 2021.

Dated this 20th day of January, 2021.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge