IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD R. GREGER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | **8:18CV577**<br><br>**ORDER** |

  This matter comes before the Court on the plaintiff's Notice of Dismissal without Prejudice (Filing No. 43). The Court being advised in the premises finds that such an Order is proper.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear their own costs.

  Dated this 30th day of September, 2021.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge